1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MUNIS GHANNI ABSYED,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

Case No.  5:15-cv-02328-EJD

**ORDER RE: CONSENT/DECLINATION
TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE**

On January 12, 2016, Defendant Carolyn Colvin, Acting Commissioner of Social Security, filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  See Docket Item No. 8.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either his consent or declination to proceed before a United States Magistrate Judge on or before **January 18, 2016.**

**IT IS SO ORDERED.**

Dated: January 12, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-02328-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE